UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-cr-348 (RC) |
| | : | |
| **RYAN WILLIAMS,** | : | |
| | : | |
| Defendant. | : | |

**EMERGENCY MOTION TO TEMPORARILY MODIFY DETENTION ORDER SO THAT MR. WILLIAMS MAY ATTEND HIS GRANDFATHER'S FUNERAL**

Ryan Williams, through counsel, moves this Court to briefly modify his detention Order to allow for his temporary release so that he may attend the funeral of his grandfather Robert Lee Williams, Sr. The government does not consent. Under the Bail Reform Act, 18 U.S.C. § 3142 *et seq*., the court may "permit the temporary release of the [defendant] in the custody of a United States marshal or another appropriate person," if such release is necessary for a "compelling reason." *Id*. § 3142(i).[1] In support of this Motion, counsel states:

1. Mr. Williams is before the Court having been charged with Hobbs Act Robbery and brandishing of a firearm in furtherance of a crime of violence. He has been detained since his arrest on October 10, 2025.

2. Mr. Williams lost his grandfather who succumbed to cancer, on January 14, 2026. On January 30, 2026, there will be a funeral. The funeral will begin at 9:00 a.m. with a viewing and then service at 10:00 a.m. The funeral will be held at Pope Funeral Home, 4701 Lydell Road, Cheverly, Maryland 20781.

3. Mr. Williams seeks his release so that he can be a support to his family who are struggling

---

[1] *See* 1:23-cr-397-CJN-1 ECF 19. Judge Nichols Ordered the temporary release of a defendant to the custody of a third-party custodian in order to attend funeral services for his grandmother.

mightily, and so that he can have an opportunity to say his last goodbye to his grandfather.

4. If the Court requires a third-party custodian, Mr. Williams' mother Rhonette Williams is willing to serve as a third-party custodian.

5. Courts in this district have ordered such temporary release under similar circumstances. *See USA v. Dartanyan Hawkins*, 23-cr-379-5, [Dkt. # 84]; *USA v. Keith Jones*, 23-cr-397 [Dkt. # 19]; and *see also USA v. Lamar Redfield*, 24-cr-34, [Dkt. # 29].

## Conclusion

Wherefore the reasons herein and any others that may appear to the Court, Ryan Williams moves the Court to temporarily modify the detention order in this case so that he may attend the funeral services of his grandfather the late Robert Lee Williams, Sr.

Respectfully submitted
RYAN WILLIAMS

By Counsel   *Kevin Wilson*
Kevin E. Wilson / 482138
2 Wisconsin Circle, Suite 700
Chevy Chase, Maryland 20815
P: (855) 749-2100
kevin@kevinewilsonlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this 23rd day of January 2026.

*Kevin Wilson*
Kevin E. Wilson, Esq.